934

No. 84–399.   BREATH, DBA THE ROACH COACH v. CRONVICH ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–422.   PALUMBO v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–424.   KARAPINKA v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–434.   POTAMITIS v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–448.   VILATO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–462.   BALTER, ASSISTANT PUBLIC DEFENDER OF MONROE COUNTY v. REGAN, JUDGE OF THE CITY COURT OF ROCHESTER, NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 84–487.   LUMBER & MILL EMPLOYERS ASSN. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 84–5013.   PERKINS v. MINTZES, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 84–5057.   BETHEA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5120.   BYERS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–5126.   FORRESTER v. INTERNAL REVENUE SERVICE. C. A. 9th Cir.   Certiorari denied.

No. 84–5157.   MORGAN v. ARMONTROUT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 84–5167.   BOOTH v. UNITED STATES; and
No. 84–5176.   KESSLER v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 756 F. 2d 1342.

No. 84–5204.   FLYNN v. BARKER.   Ct. App. Ind.   Certiorari denied.